AO 442 (Rev. 01/09) Arrest Warrant

FILED
IN CLERKS OFFICE
2016 JUL 7 AM 9 21
U.S. DISTRICT COURT
DISTRICT OF

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| v. | ) |
| RIGOBERTO RAMIREZ | ) Case No. 10CR10008-WGY-1 |
|  | ) |
| Defendant | ) |

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA
2016 JUL 5 AM 10 36

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  RIGOBERTO RAMIREZ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☑ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
VIOLATIONS OF CONDITIONS OF RELEASE

Date: 07/05/2016

*Issuing officer's signature*

City and state:   BOSTON, MASSACHUSETTS

Matthew A. Paine - Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  7/7/2016

*Arresting officer's signature*

*Printed name and title*