UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.  10-10008-WGY

UNITED STATES OF AMERICA

v.

RIGOBERTO RAMIREZ

**ORDER OF VOLUNTARY DETENTION**

July 7, 2016

Boal, M.J.

The defendant, Rigoberto Ramirez, is charged in a petition with violations of his conditions of supervised release.  An initial appearance was held on July 7, 2016, at which time the government sought detention pending a revocation hearing before the U.S. District Judge to whom this case is assigned.  The defendant, represented by counsel, elected to voluntarily waive his right to a preliminary hearing pursuant to Federal Rule of Criminal Procedure 32.1(b)(1)(A) and also elected to voluntarily consent to detention without prejudice.

Accordingly, it is ORDERED that the defendant be DETAINED pending completion of a hearing on the revocation of supervised release pursuant to Federal Rule of Criminal Procedure 32.1(b)(2), and is further ORDERED that:

(1)  the defendant be committed to the custody of the Attorney General for confinement in a corrections facility;

(2) the defendant be afforded reasonable opportunity for private consultation with counsel; and

1

(3) on order of a court of the United States or on request by an attorney for the
government, the person in charge of the corrections facility in which the defendant is detained
and confined deliver the defendant to an authorized Deputy United States Marshal for the
purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a full
detention hearing and the setting of conditions of release, regardless of whether there have been
changed circumstances.  The defendant may seek review of this order by filing a motion for
revocation or amendment pursuant to 18 U.S.C. § 3145(b).

<div style="margin-left: 40%">

   /s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge

</div>