PROB 12A
(7/93)

United States District Court
For the District of Massachusetts
Report on Offender Under Supervision

Name of Offender: Rigoberto Ramirez                                     Case Number: 1:10CR10008

Name of Sentencing Judicial Officer: The Honorable William G. Young, U.S District Judge

Date of Original Sentence: November 15, 2011

Original Offense: Conspiracy to Possess with Intent to Distribute Cocaine Base, in violation of Title 21 U.S.C § 846 and Possession with Intent to Distribute Cocaine Base (2 counts), in violation of Title 21 U.S.C § 841(a)(1)

Original Sentence: 13 years of Imprisonment followed by 6 years of Supervised Release

Date of Amended Sentence: February 25, 2016

Amended Sentence: Time served followed by 3 years of Supervised Release

Type of Supervision: Supervised Release         Date Supervision Commenced: February 25, 2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   Violation of Special Condition: The defendant is to serve four (4) months in home detention with location monitoring and pay the daily ate based on his ability to pay. The defendant may leave the house for work, consult counsel, medical appointments, religious services and to take child to school. Any other reasons must be reviewed by Probation.

The U.S. Probation Officer is notifying the Court by way of this report that Ramirez has still not commenced his home confinement because of his delay in establishing telephone services at his residence. As the Court may know, location monitoring is conducted through the utilization of a basic telephone line at the individual's residence. In this instance, Ramirez has advised that he has an installation appointment with Comcast scheduled for 6/21/16 at his residence. After the installation of services has been confirmed, this officer will immediately install and commence location monitoring capabilities in compliance with the Court's modification order.

If additional unforeseen delays develop, the Court will be further notified with a possible recommendation for some alternative action.

U.S. Probation Officer Action:

Reviewed/Approved by:                                           Respectfully submitted,

/s/ Martin Flynn                                                /s/ Paul C. Prevey
Martin Flynn                                                    Paul C. Prevey
Supervision U.S. Probation Officer                              Senior U.S. Probation Officer
                                                                Date:        6/16/2016

Prob 12A -2- Report on Offender
Under Supervision

*No Response is necessary unless the court directs that additional action be taken as follows:*

☑ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

*William G. Young*
Signature of Judicial Officer

June 20, 2016
Date